IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JASON PAUL ARNOLD,

               Plaintiff,

  v.

KEVIN GILLIS, JOSH CHRISTMAN, WILLIAM FISHER, GREGORY J. VAN RYBROEK, THOMAS DEBOER, JOSHUA CAMINS, TYLER LAWS, and STATE OF WISCONSIN,

               Defendants.

OPINION and ORDER

21-cv-389-jdp

---

    Pro se plaintiff Jason Paul Arnold, a former inmate at Washburn County Jail, alleges that agents of the state of Wisconsin conspired to falsely imprison him. In a January 13, 2022, order, I concluded that Arnold's complaint violated the Federal Rules of Civil Procedure by attempting to join unrelated claims into a single lawsuit. Dkt. 4. The first set of potential claims related to his arrest, and the second set related to his involuntary commitment at Mendota Mental Health Institute. I gave Arnold until February 3, 2022, to inform the court which set of claims he wanted to pursue in this lawsuit. I also warned Arnold that if he did not respond to the order by that deadline, I would dismiss the case for failure to state a claim upon which relief can be granted.

    That deadline has passed, and Arnold has not told the court which set of claims he wants to pursue. On January 20, 2022, Arnold filed several documents with the court, including a copy of the court's screening order with notations added to the caption. Dkt. 5-6, at 1. But the rest of the documents are unrelated to this case, and nowhere in his filings does Arnold discuss whether he wishes to pursue his claims related to his arrest or his claims related to his

involuntary confinement. Because Arnold has not complied with my original order, I will dismiss this case.

## ORDER

IT IS ORDERED that:

1. Plaintiff Jason Paul Arnold's claims are DISMISSED for failure to comply with Federal Rule of Civil Procedure 20.

2. The clerk of court is directed to enter judgment in favor of defendants and close the case.

Entered February 10, 2022.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge